# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| BARBARA DELIA, an individual, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. **2:22-cv-3725-RMG** |
| v. | ) ) | |
| COSGROVE AVENUE, LLC a limited liability company, | ) ) ) | |
| Defendant. | ) | |

_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
_____

The Plaintiff states that she is desirous of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 22nd day of May, 2023.

Respectfully submitted,

By: /s/ Jordan B. Rogers
Jordan B. Rogers, Esq.
Counsel for Plaintiff
221 Indigo Bay Cir., Mt. Pleasant, SC 29464
Telephone: 843-459-7005
Email: jbrogers.esq@gmail.com
SC District Court No.: 13785